# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**GREG CLARK and TAMMY CLARK, Husband and Wife**                                **PLAINTIFFS**

v.                              No. 4:23-cv-671-DPM

**REGIONS FINANCIAL CORPORATION d/b/a REGIONS BANK**                            **DEFENDANT**

### ORDER

I recuse. For many years I have had a checking account with Regions Bank. My impartiality in this case could reasonably be questioned. The Clerk must therefore reassign this matter at random by chip exchange.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

24 July 2023